CADES SCHUTTE
A Limited Liability Law Partnership

KELLY G. LaPORTE       06294-0
DANA A. BARBATA        009112-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
FAX:  (808) 521-9210
Email:  dbarbata@cades.com

Attorneys for Defendant
ALOHA PETROLEUM, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DANIEL WARD,<br><br>      Plaintiff,<br><br>  v.<br><br>ALOHA PETROLEUM, LTD.,<br><br>      Defendant. | CIVIL NO. 18-00160 ACK-RLP<br><br>STIPULATION TO WITHDRAW PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT [DKT. #11] AND SET ASIDE THE ENTRY OF DEFAULT [DKT. #12] |

STIPULATION TO WITHDRAW PLAINTIFF'S REQUEST FOR ENTRY
OF DEFAULT [DKT. #11] AND SET ASIDE THE ENTRY OF <u>DEFAULT</u>
[DKT. #12]

WHEREAS:

1. Plaintiff DANIEL WARD ("Plaintiff") filed his Complaint in this action against Defendant Sugar-Pine Development, Inc. on May 2, 2018 (Dkt. #1).

2. On June 11, 2018, Plaintiff filed a First Amended Complaint (Dkt. #7) that removed the name of Sugar-Pine Development, Inc. as defendant and named as the sole defendant ALOHA PETROLEUM, LTD. ("Defendant").

3. On June 15, 2018, Plaintiff served the First Amended Complaint and an unsigned and undated First Amended Summons on an agent for Defendant.

4. On July 2, 2018, the undersigned counsel for Defendant spoke with Lunsford Dole Phillips, counsel for Plaintiff, by telephone and requested a meeting so the parties could attempt to resolve the matter without litigation and an extension of time to respond to the First Amended Complaint.

3. Plaintiff's counsel agreed to schedule a meeting in the next few weeks and also agreed to Defendant's request for a continuance for the deadline to answer the First Amended Complaint in the interim, which agreement was confirmed in a written email from the undersigned counsel to Plaintiff's counsel sent on July 2, 2018.

4. Plaintiff's counsel could not recall receiving Defendant's confirming email, forgot about the discussion and agreement, and filed a Request for Entry of Default (Dkt. # 11) on July 19, 2018.

5. Upon receiving Plaintiff's Request for Entry of Default on July 20, 2018, Defendant's counsel immediately contacted Plaintiff's counsel by telephone to remind him of the prior discussion and agreement. Plaintiff's counsel

acknowledged forgetting the prior agreement, and agreed to withdraw the Request for Entry of Default.

6. The Clerk of the Court filed the Entry of Default (Dkt. #12) on July 19, 2018 before Plaintiff's counsel had an opportunity to withdraw the Request for Entry of Default.

IT IS HEREBY STIPULATED, by and between the parties and through their respective counsel of record herein, that Plaintiff's Request for Entry of Default is hereby withdrawn and the subsequent Entry of Default is hereby set aside.

The parties further agree to continue Defendant's deadline to file a response to the First Amended Complaint while the parties attempt to resolve the matter without further litigation.

DATED: Honolulu, Hawai'i, July 23, 2018.

        CADES SCHUTTE
        A Limited Liability Law Partnership

        /s/ Dana A. Barbata
        DANA A. BARBATA
        Attorney for Defendant
        ALOHA PETROLEUM, LTD.

DATED: Honolulu, Hawai'i, July 23, 2018.

/s/ Lunsford Dole Phillips
LUNSFORD DOLE PHILLIPS
Attorney for Plaintiff
DANIEL WARD

APPROVED AND SO ORDERED.

DATED AT HONOLULU, HAWAII, JULY 26, 2018.



_____
Richard L. Puglisi
United States Magistrate Judge

================================================================
Daniel Ward v. Aloha Petroleum, Ltd.; Civil No. 18-00160 ACK-RLP; STIPULATION TO WITHDRAW PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT [DKT. #11] AND SET ASIDE ENTRY OF DEFAULT [DKT. #12] ENTERED ON JULY 19, 2018