LUNSFORD DOLE PHILLIPS #4407
7 Waterfront Plaza, Suite 400
500 Ala Moana Blvd.
Honolulu, Hawaii 96813
Tel: (808)543-2055; Fax (808)543-2010
lunsfordp001@hawaii.rr.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

CIVIL NO. 18-00160 ACK-RLP

| | |
|---|---|
| DANIEL WARD,<br>  Plaintiff<br><br>  v.<br><br>ALOHA<br>PETROLEUM, LTD<br><br>  Defendant | NOTICE OF DISMISSAL WITH PREJUDICE<br>OF ALL CLAIMS AND PARTIES |

Plaintiff DANIEL WARD, through his undersigned counsel, pursuant to F.R.Civ.P. 41(a)(1)(A)(i), hereby gives NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES herein.

DATED: Honolulu, Hawaii, September 6, 2018
/s/ LUNSFORD DOLE PHILLIPS